[Nos. 43660-4-II; 44504-2-II.   Division Two.   August 26, 2014.]

*In the Matter of the Marriage of* TERESA GERETTE
HARKENRIDER, *Respondent*, and CHRISTOPHER
ALAN WODJA, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce
County, No. 11-3-00719-6, Kathryn J. Nelson, J., entered
June 21, 2012. *Affirmed* by unpublished opinion per
Melnick, J., concurred in by Johanson, C.J., and Bjorgen, J.

[No. 43896-8-II.   Division Two.   August 26, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH HORNADAY,
*Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 11-1-01051-0, Leila Mills, J., entered August 3,
2012. *Affirmed in part* and *remanded with instructions* by
unpublished opinion per Bjorgen, A.C.J., concurred in by
Hunt and Lee, JJ.

[No. 44135-7-II.   Division Two.   August 26, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CRYSTAL ANNMARIE
LUTTRELL, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 11-1-01134-5, Stephen M. Warning, J., entered
October 17, 2012. *Affirmed* by unpublished opinion per
Johanson, C.J., concurred in by Worswick and Melnick, JJ.

[No. 44157-8-II.   Division Two.   August 25, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. BALDEMAR LAZARO,
*Appellant*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 12-1-00229-5, Nelson E. Hunt, J., entered
October 31, 2012. *Affirmed* by unpublished opinion per
Johanson, C.J., concurred in by Worswick, J.; Melnick, J.,
concurring separately.